IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ROBERT BEVIS, <br><br> Plaintiff, <br><br> v. <br><br> FAMILY DOLLAR MERCHANDISING, LLC, <br><br> Defendant. | Case No. 3:19-cv-00243 |

## ORDER GRANTING AGREED MOTION TO COMPEL ARBITRATION

THIS MATTER is before the Court on the parties' Agreed Motion to Compel Arbitration and Dismiss the Case Without Prejudice. The Court has considered the motion and the record and finds there is good cause for granting the motion. Accordingly, the Court ORDERS as follows:

(1) The Agreed Motion to Compel Arbitration is GRANTED.

(2) The parties shall submit all arbitrable claims to arbitration in accordance with the terms of their arbitration agreement.

(3) This matter is dismissed without prejudice.

Signed: August 5, 2019

Graham C. Mullen
United States District Judge